CR 18 00259 BLF    NC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA

### vs.

KATHERINE MOGAL,
ANA ROSARIO,
PATRICK NARRON,
PATRICIO ROMANO,
RONG "AUDREY" ZHANG, and
JING QUI "GEE" WEIDEN,

FILED

JUN 14 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## INDICTMENT

COUNTS ONE THROUGH FOURTEEN:   (18 U.S.C. § 1832(a)(3) – Possession of Stolen Trade Secrets)

*A true bill.*

_____
*Foreperson*

*Filed in open court this ____ day of June*
*A.D. 201_*

_____
*United States Magistrate Judge*

*Bail. $* _____

1 | ALEX G. TSE (CABN 152348)
Acting United States Attorney

2

3

4

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11

UNITED STATES OF AMERICA, | ) Case No.

12 | )
Plaintiff, | ) VIOLATIONS: Title 18, United States Code, Section

13 | ) 1832(a)(3) – Possession of Stolen Trade Secrets; Title
v. | ) 18, United States Code, Sections 1834 and 2323 –

14 | ) Criminal Forfeiture
KATHERINE MOGAL, | )

15 | ANA ROSARIO, | )
PATRICK NARRON, | ) SAN JOSE VENUE

16 | PATRICIO ROMANO, | )
RONG "AUDREY" ZHANG, and | )

17 | JING QUI "GEE" WEIDEN, | )
| )

18 | Defendants. | )
| )

19 | _____ )

20 | INDICTMENT

21 | The Grand Jury charges:

22 | INTRODUCTORY ALLEGATIONS

23 |     1.    Between on or about 1998 and on or about July 2017, AliphCom, Inc., d.b.a. "Jawbone"

24 | ("Jawbone") designed, manufactured, and sold wearable electronic devices, fitness trackers, and

25 | wireless speakers in interstate and international commerce.  Jawbone was headquartered in San

26 | Francisco, California, and maintained an office in Sunnyvale, California, with approximately 300

27 | employees worldwide.

28 |     2.    Fitbit, Inc. ("Fitbit"), a publicly traded company since June 18, 2015, described itself

INDICTMENT                       1

1 in promotional materials as the "leading global wearables brand" and being in the business of

2 "design[ing] products and experiences that track and provide motivation for everyday health and

3 fitness." Fitbit was headquartered in San Francisco, California, and had over 1000 employees

4 worldwide.

5     3.      Katherine MOGAL ("MOGAL"), a resident of San Francisco County, California, was

6 employed at Jawbone as the Director of Market and Customer Experience Insights. She was hired by

7 Jawbone on or about July 17, 2013, and signed an employment agreement with Jawbone which

8 contained a confidentiality clause. On or about March 13, 2015, MOGAL received an offer of

9 employment from Fitbit, which she accepted. MOGAL resigned from Jawbone on March 17, 2015, and

10 signed a certification stating she had returned all Jawbone property.

11     4.      Ana ROSARIO ("ROSARIO"), a resident of San Mateo County, California, was

12 employed at Jawbone as Design and User Researcher. She was hired by Jawbone on or about April 22,

13 2014, and signed an employment agreement with Jawbone which contained a confidentiality clause. On

14 or about April 17, 2015, ROSARIO received an offer of employment from Fitbit, which she accepted.

15 ROSARIO resigned from Jawbone on April 23, 2015, and signed a certification stating she had returned

16 all Jawbone property.

17     5.      Patrick NARRON ("NARRON"), a resident of Santa Cruz County, California, was

18 employed at Jawbone as a Senior Audio Engineer. He was hired by Jawbone on or about August 29,

19 2011, and signed an employment agreement with Jawbone which contained a confidentiality clause. On

20 or about April 5, 2015, NARRON received an offer of employment from Fitbit, which he accepted.

21 NARRON resigned from Jawbone on April 22, 2015, and signed a certification stating he had returned

22 all Jawbone property.

23     6.      Patricio ROMANO ("ROMANO"), a resident of Los Angeles County, California, was

24 employed at Jawbone as a Product Design Engineer. He was hired by Jawbone on or about November

25 11, 2013, and signed an employment agreement with Jawbone which contained a confidentiality clause.

26 On or about March 13, 2015, ROMANO received an offer of employment from Fitbit, which he

27 accepted. ROMANO resigned from Jawbone on March 17, 2015, and signed a certification stating he

28 had returned all Jawbone property.

INDICTMENT          2

7.      Rong "Audrey" ZHANG ("ZHANG"), a resident of Contra Costa County, California, was employed at Jawbone as a Senior Supply Chain Manager.  She was hired by Jawbone on or about July 23, 2012, and signed an employment agreement with Jawbone which contained a confidentiality clause.  On or about March 23, 2015, ZHANG received an offer of employment from Fitbit, which she accepted.  ZHANG resigned from Jawbone on April 5, 2015, but refused to sign a certification stating she had returned all Jawbone property.

8.      Jing Qui "Gee" WEIDEN ("WEIDEN"), a resident of Santa Clara County, California, was employed at Jawbone as an Engineering Product Manager.  She was hired by Jawbone on or about May 20, 2011, and signed an employment agreement with Jawbone which contained a confidentiality clause.  WEIDEN resigned from Jawbone on March 21, 2014, and signed a certification stating she had returned all Jawbone property. WEIDEN began working at Fitbit in or about November 2014.

9.      The technology and information at issue involved the research, development, production, and sale of personal health tracking devices and other "wearable" electronic devices.

Jawbone's Trade Secrets

10.      Jawbone's internal computer systems and cloud storage applications used secure, password-protected repositories to store its documents, with access available to employees in the course of their job responsibilities as authenticated by a Windows login.  These secure Jawbone repositories contained trade secrets, as defined in Title 18, United States Code, Section 1839(3), including the following:

a.   **Audio Now Study ("Trade Secret A")**:  Jawbone's proprietary and confidential qualitative survey conducted of users of small-form speaker products, describing the results of inquiries into timing and location of small speakers, threshold of convenience for use of an external speaker versus an internal device speaker, and other factors affecting a user's decision to purchase a speaker. The study, which had been professionally designed, implemented, and summarized at considerable expense, was part of Jawbone's overall concentration on and investment in research and development, and contained substantial proprietary and confidential information, including but not limited to a roadmap for future steps and product development

INDICTMENT                                    3

based on the research conclusions. Only authorized team members had access to the study, and limitations were placed on the use and copying of the study.

b. **Chinese User Market Study ("Trade Secret B")**:  Jawbone's proprietary and confidential multi-faceted study of Chinese consumers, providing highly specific information about users' motivations, influences, desired features, brand preferences, reasons for purchasing fitness trackers, and shopping methodologies. The 53-page document is marked with a legend specifying it to be "proprietary and confidential," and contains a significant volume of information, both quantitative and qualitative, about users in one of the world's most important consumer markets.  Only authorized team members had access to the study, and limitations were placed on the use and copying of the study.

c. **Vendor And Pricing Information For International Suppliers ("Trade Secret C")**: Lists and schedules of Jawbone's vendors who have been determined to be, through trial and error, capable of providing reliable services and products, including but not limited to printed circuit board fabrication, labor, materials, components, and other services involving specialized skills or equipment, and corresponding pricing information. Further, Jawbone had, over the course of many years, negotiated extensively to obtain competitive price quotes from these vendors for the delivery of specialized and unique prototypes of new products in development.

d. **Schematics, Design Specifications, And Detailed Description Of Unreleased Fitness Headphone ("Trade Secret D")**:  As part of its research and development of a project code named "Heisenberg," emails, drawings, and other files detailing the specific combination of sensors to be integrated into Jawbone's unreleased fitness headphones product, including gyroscopes, accelerometers, magnetometers, an optical heart-rate monitor, and microphones on each ear piece.  Such data was highly proprietary, represented a multi-million dollar investment into research and design, and was a critical part of Jawbone's historical strategic advantage in headphones and speakers over its competitors, particularly Fitbit, which in 2015 did not have any headphone or audio products for sale to consumers.

e. **Emails, Presentations, And Design Documents Related To Heisenberg Headphones ("Trade Secret E")**: Documents containing the specific features Jawbone intended to include

1  in its unreleased fitness Heisenberg Headphone product, including its audio features, advanced

2  tracking features, and lifestyle coaching.

3  f.  **Three-Dimensional Drawing Of HRM And Driver Locations And Heisenberg Sensor**

4  **Boards Schematics ("Trade Secret F"):** Drawings containing the layout and design of

5  components and circuits to be included in the unreleased Heisenberg headphones in order to

6  optimize functionality, stability, and battery life.

7  g.  **Internal Email And Attachment Regarding Heisenberg CAD ("Trade Secret G"):** A

8  Computer-aided Design ("CAD") file containing the settings, technical specifications, and

9  features for the heart rate monitor to be included in the unreleased Heisenberg headphones,

10  which provided the ability to adjust sampling frequency and intensity of the optical monitor to

11  determine heart rate accurately while minimizing the extent of power consumption.

12  h.  **Jawbone NPI COGS Refresh And Supporting Spreadsheet With Unit Profit And Loss**

13  **Forecast ("Trade Secret H"):** Jawbone's detailed financial data specifying product costs,

14  margins, and action plans for multiple Jawbone products sold in interstate and foreign

15  commerce.

16  i.  **Spitz Parts, Material, Process, Site/Vendor, Cosmetic, Volume, And Pricing Spreadsheet**

17  **("Trade Secret I"):** Data, photos, and analyses specifically reflecting Jawbone's costs,

18  including its cost of goods sold and its liabilities to manufacturers, suppliers, or vendors for the

19  "Spitz" waterproof version of Jawbone's wearable fitness tracker.

20  j.  **Daily Diary Study ("Trade Secret J"):** A journal-based qualitative study with 18 participants

21  who used both Jawbone's UP24 electronic fitness tracker and Fitbit wristbands, seeking to

22  understand how users interact with wearable devices, assessing users' needs, goals, and

23  perceptions. This comprehensive study of user preferences, particularly in the comparison

24  between Jawbone and Fitbit products, was a "Foundational" document for Jawbone.

25  k.  **User Segmentation Study ("Trade Secret K"):** A quantitative study of over 1400 Jawbone

26  users inquiring into users' backgrounds, reasons for purchasing fitness trackers, interest in

27  health and fitness, and motivation. Containing the legend "Proprietary and Confidential," this

28  study was the starting point of subsequent efforts by Jawbone to define user personas and

archetypes to better understand market segmentation to develop and produce for sale more specific, targeted products beyond basic unitary features. Information contained in this 73-page document served as the basis for much of Jawbone's product roadmap, and had significant economic value to Jawbone.

l. **Lifestyle Tracker Shopper Journey Study ("Trade Secret L")**: A quantitative study of fitness tracker owners, inquiring into users' desired features, shopping research, familiarity with various brands and products, motivation to use a tracker device. This document contained information on user comparisons between Jawbone and Fitbit.

m. **International Tracker Market Study ("Trade Secret M")**: A quantitative study of over 1500 European Jawbone users inquiring into users' expectations, desired features, reasons for purchasing fitness trackers, and shopping methodology.

n. **Headphones Owner Survey and Workout Headphones Survey ("Trade Secret N")**: Quantitative surveys of headphone owners' demanded features, price sensitivities, and specific factors affecting consumers' use of headphones during exercise.

COUNTS ONE THROUGH FOURTEEN:    (18 U.S.C. § 1832(a)(3) – Possession of Stolen Trade Secrets)

11.    The factual allegations contained in Paragraphs 1 through 10 are incorporated here.

12.    On dates unknown to the grand jury, but no later than the dates specified below, and until approximately October 2015, in the Northern District of California and elsewhere, the defendants,

KATHERINE MOGAL,
ANA ROSARIO,
PATRICK NARRON,
PATRICIO ROMANO,
RONG "AUDREY" ZHANG, and
JING QUI "GEE" WEIDEN

knowingly received and possessed the Jawbone trade secrets identified below, knowing them to have been stolen and appropriated, obtained, and converted without authorization, with the intent to convert the trade secrets, which were related to and intended to be included in products to be produced for and placed in interstate and foreign commerce, to the economic benefit of someone other than Jawbone, and

INDICTMENT                              6

intending and knowing that the offense would injure Jawbone.

| Count | Defendant(s) | Jawbone Trade Secret | Date Defendant Resigned from Jawbone | Description |
|---|---|---|---|---|
| One | MOGAL ROSARIO | A | March 17, 2015 (Mogal) April 23, 2015 (Rosario) | Audio Now Study |
| Two | MOGAL ROSARIO | B | March 17, 2015 (Mogal) April 23, 2015 (Rosario) | Chinese User Market Study |
| Three | WEIDEN | C | March 31, 2014 | Vendor And Pricing Information For International Suppliers |
| Four | NARRON ROMANO | D | April 22, 2015 (Narron) March 17, 2015 (Romano) | Schematics, Design Specifications, And Detailed Description Of Unreleased Fitness Headphone |
| Five | NARRON ROMANO | E | April 22, 2015 (Narron) March 17, 2015 (Romano) | Documents Containing Specific Features To Be Included In Heisenberg Fitness Headphone Product, Including Its Audio Features, Advanced Tracking Features, And Lifestyle Coaching |
| Six | ROMANO | F | March 17, 2015 | Three-Dimensional Drawing Of HRM And Driver Locations And Heisenberg Sensor Boards Schematics |
| Seven | ROMANO | G | March 17, 2015 | Internal Email And Attachment Regarding Heisenberg CAD |
| Eight | ZHANG | H | April 5, 2015 | Jawbone NPI COGS Refresh And Supporting Spreadsheet With Unit Profit And Loss Forecast |
| Nine | ZHANG | I | April 5, 2015 | Spitz Parts, Material, Process, Site/Vendor, Cosmetic, Volume, And Pricing Spreadsheet |

| Count | Defendant(s) | Jawbone Trade Secret | Date Defendant Resigned from Jawbone | Description |
|-------|--------------|----------------------|---------------------------------------|-------------|
| Ten | MOGAL ROSARIO | J | March 17, 2015 (Mogal) April 23, 2015 (Rosario) | Daily Diary Study |
| Eleven | MOGAL ROSARIO | K | March 17, 2015 (Mogal) April 23, 2015 (Rosario) | User Segmentation Study |
| Twelve | MOGAL | L | March 17, 2015 | Lifestyle Tracker Shopper Journey Study |
| Thirteen | MOGAL | M | March 17, 2015 | International Tracker Market Study |
| Fourteen | ROSARIO | N | April 23, 2015 | Headphones Owner Survey And Workout Headphones Survey |

Each in violation of Title 18, United States Code, Section 1832(a)(3).

FORFEITURE ALLEGATION:  (18 U.S.C. §§ 1834 and 2323 – Proceeds and Property Involved in Theft of Trade Secrets)

13.     The allegations contained in Counts 1 through 12 of this Indictment are hereby re-alleged and incorporated as if fully set forth here.  Upon conviction of any of those offenses, the defendants,

KATHERINE MOGAL,
ANA ROSARIO,
PATRICK NARRON,
PATRICIO ROMANO,
RONG "AUDREY" ZHANG, and
JING QUI "GEE" WEIDEN,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 1834 and 2323, any property used, or intended to be used, in any manner or part to commit or facilitate the commission of the offenses, and any property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of the offenses.

14.     If any of the property described above, as a result of any act or omission of the defendants:

a.     cannot be located upon the exercise  of due diligence;

INDICTMENT                                    8

1      b.    has been transferred or sold to, or deposited  with, a third party;

2      c.    has been placed  beyond the jurisdiction of the court;

3      d.    has been substantially diminished  in value; or

4      e.    has been commingled with other property which cannot be divided without

5            difficulty,

6   the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

7   United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2323(b).

8           All pursuant to Title 18, United States Code, Sections 1834 and 2323.

9

10  DATED: 6-14-18                                    A TRUE BILL.

11

12                                                    FOREPERSON

13

14  ALEX G.TSE
    United States Attorney
15

16  JOHN H. HEMANN
    Deputy Chief, Criminal Division
17

18  (Approved as to form:
19                      AUSA AMIE D. ROONEY

20

21

22

23

24

25

26

27

28

INDICTMENT                              9

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

┌─── OFFENSE CHARGED ───────────────────────┐

COUNTS ONE and TWO and TEN-THIRTEEN:
18 U.S.C. § 1832(a)(3) – Possession of Stolen Trade Secrets

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:   18 U.S.C. § 1832(a)(3) 10 years imprisonment,
$250,000 fine, $100 special assessment and 3 years' supervised
release

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

┌─── DEFENDANT - U.S ───────────────────────┐

▸ Katherine ("Katy") Mogal

DISTRICT COURT NUMBER

**CR 18 00259**   **BLF**

NC

┌─── DEFENDANT ───────────────────────┐

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Waseem Iqbal, DHS-HSI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                                          SHOW
                                             DOCKET NO.
☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a
pending case involving this same
defendant                                    MAGISTRATE
                                             CASE NO.
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form         ALEX G. TSE, Acting

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)         Amie D. Rooney

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
     summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**

**JUN 14 2018**
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction          ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No      give date
                       filed

DATE OF   ▸   Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▸  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT       Bail Amount:

If Summons, complete following:
☒ Arraignment  ☐ Initial Appearance          * Where defendant previously apprehended on complaint, no new summons or
                                             warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time: July 9, 2018 1:30 pm    Before Judge: Virginia De Marchi

Comments:  Agent will be serving Summons

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

___ Name of District Court, and/or Judge/Magistrate Location ___

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

### OFFENSE CHARGED

COUNTS ONE, TWO, TEN-ELEVEN & FOURTEEN:
18 U.S.C. § 1832(a)(3) – Possession of Stolen Trade Secrets

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   18 U.S.C. § 1832(a)(3) 10 years imprisonment,
$250,000 fine, $100 special assessment and 3 years' supervised
release

#### DEFENDANT - U.S

▶ Ana Rosario

DISTRICT COURT NUMBER

CR 18 00259 BLF

NC

#### DEFENDANT

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Waseem Iqbal, DHS-HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE     }   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant     }   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    ALEX G. TSE, Acting

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Amie D. Rooney

#### IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED

JUN 14 2018

SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

#### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction     }   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer
been filed?
☐ Yes
☐ No
}
If "Yes"
give date
filed

DATE OF
ARREST
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ▶
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☒ Arraignment   ☐ Initial Appearance
Defendant Address:

·  -

Comments:   Agent will be serving Summons

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: July 9, 2018 1:30 pm     Before Judge: Virginia De Marchi

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

── OFFENSE CHARGED ──

COUNTS FOUR-FIVE:
18 U.S.C. § 1832(a)(3) – Possession of Stolen Trade Secrets

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   18 U.S.C. § 1832(a)(3) 10 years imprisonment,
$250,000 fine, $100 special assessment and 3 years' supervised release

── DEFENDANT - U.S ──

► Patrick Narron

DISTRICT COURT NUMBER

CR 18 00259 BLF
NC

── PROCEEDING ──

Name of Complainant Agency, or Person (& Title, if any)

Waseem Iqbal, DHS-HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE        SHOW DOCKET NO. }

☐ this prosecution relates to a pending case involving this same defendant        MAGISTRATE CASE NO. }

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form        ALEX G. TSE, Acting

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)        Amie D. Rooney

── DEFENDANT ──

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ► _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   } If "Yes" give date filed
☐ No

DATE OF ARREST ►        Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►        Month/Day/Year _____

FILED
JUN 14 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT        Bail Amount: _____

If Summons, complete following:
☒ Arraignment   ☐ Initial Appearance        * Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

_____        Date/Time: July 9, 2018 1:30 pm        Before Judge: Virginia De Marchi

Comments:   Agent will be serving Summons

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

COUNTS FOUR-SEVEN:
18 U.S.C. § 1832(a)(3) -- Possession of Stolen Trade Secrets

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   18 U.S.C. § 1832(a)(3) 10 years imprisonment,
$250,000 fine, $100 special assessment and 3 years' supervised release

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

—— DEFENDANT - U.S ——
Patricio Romano

DISTRICT COURT NUMBER
CR 18 00259 BLF
NC

—— DEFENDANT ——

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▸
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction          } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

—— PROCEEDING ——

Name of Complainant Agency, or Person (& Title, if any)
Waseem Iqbal, DHS-HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   ALEX G. TSE, Acting
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Amie D. Rooney

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed
DATE OF ARREST ▸   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▸   Month/Day/Year

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:
If Summons, complete following:
☒ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: July 9, 2018 1:30 pm   Before Judge: Virginia De Marchi

Comments: Agent will be serving Summons

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

── OFFENSE CHARGED ──

COUNTS EIGHT-NINE:
18 U.S.C. § 1832(a)(3) – Possession of Stolen Trade Secrets

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   18 U.S.C. § 1832(a)(3) 10 years imprisonment,
$250,000 fine, $100 special assessment and 3 years' supervised release

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

── DEFENDANT - U.S ──

▶ Rong ("Audrey") Zhang

DISTRICT COURT NUMBER

CR 18   00259   BLF
NC

── PROCEEDING ──

Name of Complaintant Agency, or Person (& Title, if any)

Waseem Iqbal, DHS-HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   ALEX G. TSE, Acting
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Amie D. Rooney

── DEFENDANT ──

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED

IS IN CUSTODY
4) ☐ On this charge

JUN 14 2018

5) ☐ On another conviction

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☒ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: July 9, 2018 1:30 pm   Before Judge: Virginia De Marchi

Comments: Agent will be serving Summons

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

— Name of District Court, and/or Judge/Magistrate Location —
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

— OFFENSE CHARGED —

COUNT THREE:
18 U.S.C. § 1832(a)(3) – Possession of Stolen Trade Secrets

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   18 U.S.C. § 1832(a)(3) 10 years imprisonment,
$250,000 fine, $100 special assessment and 3 years' supervised
release

— DEFENDANT - U.S —

▶ Jing Qi ("Gee") Weiden

DISTRICT COURT NUMBER
CR 18 00259 BLF
NC

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)

Waseem Iqbal, DHS-HSI

☐ person is awaiting trial in another Federal or State Court,
give name of court

_____

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY   ☐ DEFENSE
}
SHOW
DOCKET NO.
_____

☐ this prosecution relates to a
pending case involving this same
defendant
}
MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under
}
_____

Name and Office of Person
Furnishing Information on this form    ALEX G. TSE, Acting
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        Amie D. Rooney

— DEFENDANT —

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
JUN 14 2018
SUSAN Y SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
}
☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes
been filed?   ☐ No
}
If "Yes"
give date
filed    _____

DATE OF
ARREST        ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    ▶    Month/Day/Year
TO U.S. CUSTODY        _____

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☒ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: July 9, 2018 1:30 pm    Before Judge: Virginia De Marchi

Comments:  Agent will be serving Summons